IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE W. MORT,<br><br>        Plaintiff,<br><br>    v.<br><br>MACK A. GADSEN, JR.,<br><br>        Defendant. | NO. 1:11-CV-01856 AWI DLB<br><br>ORDER VACATING HEARING DATE OF DECEMBER 19, 2011, AND TAKING MATTER UNDER SUBMISSION |

Defendant has noticed for hearing and decision a motion to dismiss. The matter was scheduled for hearing to be held on December 19, 2011. Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than December 5, 2011. Plaintiff failed to do so.

Due to Plaintiff's failure to file a timely opposition or notice of non-opposition, he is in violation of the Local Rules. Plaintiff is further not entitled to be heard at oral argument in opposition to the motion. See Local Rule 230(c). The court has reviewed Defendant's motion and the applicable law, and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 19, 2011, is VACATED, and no party shall appear at that time. As of December 19, 2011, the court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated: December 14, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE